Date: May 22nd, 2025

Recipient: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

Respondent: Rock Bottom Branding, LLC.

Re: Patriot Way LLC Proposed Abandonment

Case No.: 25-31859

United States Courts
Southern District of Texas
FILED

MAY 27 2025

Nathan Ochsner, Clerk of Court

My name is Jason Duckworth, owner of Rock Bottom Branding. Consider this correspondence my formal objection to Patriot Way LLC Case No. 25-31859: Notice of Proposed Abandonment I received on Saturday May 17th, 2025, dated May 10th 2025.

My business was approached by a representative for Patriot Way LLC, Crystal Shaw in November 2024. Both parties, myself and Patriot Way LLC (represented by Noor Patel, Riz (last name unknown) and Shiraz (last name unknown) through a google meet, agreed to do business. My current cost invested to hold up my end of the agreement is roughly $12,000.00. This amount includes:

*Procurement of product

*Time spent on the editing required for the artwork/logos to be clean and printable

*Creating, editing, printing, and branding products both ordered and to be sold

*$6000.00 of the $12,000.00 above was shipped to customers: based on ordered fulfilled through amazon orders.

*The remaining $6000.00 of the $12,000.00 above, was spent for stock apparel required by the agreement between my company and Patriot Way LLC, which is stored at my facility: unable to be sold, due to the apparel being specific for Patriot Way LLC options for apparel listed on Amazon.

I am requesting, in contrast to the Proposed Abandonment by Patriot Way LLC, that my business Rock Bottom Branding be given the legal right to own both the logo/artwork and name WarriorXII, also the rights and admin access to social media and sales platforms used by WarriorXII (Patriot Way LLC), including but not limited to Facebook and the Amazon store. My request for admin access and ownership of the above would allow my business to legally sell the products in my possession to recoup the cost I have incurred. At this point the $6000.00 in products already shipped to customers who paid Patriot Way LLC, is completely lost.

In hindsight, which is unfortunately now 20/20, Patriot Way LLC obviously knew they were in trouble financially when my business was approached and secured to fulfill orders. Patriot Way LLC intentionally preyed on, misled and therefore deceived me and my business advisors, in hopes of saving themselves; Patriot Way LLC knowingly placed myself, as a small business owner, in harms way financially.

_____ Date 5/27/25

Jason Duckworth, Owner

Rock Bottom Branding

1119 Shiloh Church Road, STE C

Hickory, NC 28601